VICTORIA ZACK and Another, Respondents, v. W. L. ZWAK, Appellant, and HAZEL GOODLOVE and ANTHONY PADDOCK, Defendants.— Appeal dismissed as to the appellant W. L. Zwak, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DIME BUILDING AND LOAN ASSOCIATION, Respondent, v. JAMES M. HART, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

PETER MILDENBERGER, Respondent, v. THEODORE E. FLEMMING, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. [131 Misc. 919.]

VESTA COLLINS, Respondent, v. ROBERT R. TAYLOR, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LENA J. SEVERANCE, Respondent, v. ROBERT R. TAYLOR, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ

JANE E. TREAT, Respondent, v. ROBERT R. TAYLOR, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LILLIAN E. VAN WAGONER, Respondent, v. ROBERT R. TAYLOR, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES BIRD, Appellant, v. CHARLES N. O'BRIEN, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, as Administrator, etc., of MARY W. GALLAGHER, Deceased, Respondent, v. THE FIRST NATIONAL BANK OF OSWEGO, N. Y., Defendant, and MARY A. CLARK, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, as Administrator, etc., of MARY W. GALLAGHER, Deceased, Appellant, v. THE OSWEGO COUNTY SAVINGS BANK, Defendant, and MARY A. CLARK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, as Administrator, etc., of MARY W. GALLAGHER, Deceased, Appellant, v. THE OSWEGO CITY SAVINGS BANK, Defendant, and MARY A. CLARK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Awarding of Letters of Administration upon the Estate of JOSEPH T. GEE, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

FRANK J. VAN KEUREN, as Sole Administrator, etc., of LEONARD VAN KEUREN, Deceased, Respondent, v. ROBERT DUCK, Appellant. — Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SCHLECHTER;